IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PELLEGRINI *et al.*, ) | |
| ) | |
| Plaintiffs ) | No. 1:14-cv-00180-VJW |
| ) | |
| v. ) | Hon. Victor J. Wolski |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS, IN PART OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, AND FOR MORE DEFINITE STATEMENT**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant, the United States of America, respectfully moves this Court for a twenty-one (21) day enlargement of time, to and including September 23, 2014, in which to file its reply to Plaintiffs' Response to Defendant's Motion to Dismiss, in part, or, in the Alternative, for Summary Judgment, and for More Definite Statement (ECF 6) in the above-captioned case. Defendant's reply is presently due September 2, 2014. Defendant has made no prior requests for an enlargement of time incident to its reply to Plaintiffs' response.

Pursuant to RCFC 6.1(b), Counsel for the United States has contacted Counsel for Plaintiffs regarding the relief requested in this motion. Plaintiffs' counsel advises that Plaintiffs do not oppose the granting of this motion.

As grounds for granting the relief requested, the United States submits that counsel for the United States has been unavailable for a portion of the time permitted to reply due to family travel and requires additional time to research issues raised in Plaintiffs' response brief related to the navigability of the St. Johns River in its natural condition.

Wherefore, pursuant to RCFC 6.1 the United States respectfully requests that the time for filing a reply to Plaintiffs' Response to Defendant's Motion to Dismiss, in part, or, in the Alternative, for Summary Judgment, and for More Definite Statement be extended by twenty-one (21) days from September 2, 2014, to and including September 23, 2014.

Respectfully submitted this 27th day of August 2014.

Respectfully submitted,

SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/Stephen Finn*
STEPHEN FINN
Trial Attorney
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel:    (202) 305-3284
Fax:    (202) 514-8865
stephen.finn@usdoj.gov

Attorneys for the United States

OF COUNSEL:

SHELDON G. SHUFF
SUSAN E. SYMANSKI
Assistant District Counsel
US Army Corps of Engineers
Jacksonville District
701 San Marco Blvd
Jacksonville, FL 32207