IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PELLEGRINI *et al.,*   )<br>                                                )<br>          Plaintiffs          )<br>                                                )<br>v.                                           )<br>                                                )<br>UNITED STATES OF AMERICA,  )<br>                                                )<br>          Defendant.         )<br>_____) | No. 1:14-cv-00180-VJW<br><br>Hon. Victor J. Wolski |

### REQUEST FOR LEAVE TO FILE CORRECTED BRIEF

Defendant, United States of America, respectfully requests this Court to grant it leave to file a corrected version of its Motion to Dismiss, in Part, or, in the Alternative, for Summary Judgment, and for a More Definite Statement (ECF No. 6).  On page 18 of Defendant's Motion, the case of *Owen v. United States*, 851 F.2d 1404 (Fed. Cir. 1988) was inaccurately quoted.  A phrase was inserted into the original quote without the appropriate closing and opening quotation marks.  In addition, typos have been correct on pages 1, 14, 15, 19, 20, and 21 of the Motion.  The substance of the brief is otherwise unchanged from that version originally filed May 5, 2014.

A copy of the corrected Motion is attached to this motion as Exhibit 1.

Respectfully submitted this 23d day of September, 2014,

                                          SAM HIRSCH
                                          Acting Assistant Attorney General
                                          Environment & Natural Resources Division

                                          */s/Stephen Finn*
                                          STEPHEN FINN
                                          Trial Attorney
                                          Environment & Natural Resources Division
                                          P.O. Box 7611
                                          Washington, D.C. 20044-7611
                                          Tel:    (202) 305-3284
                                          Fax:   (202) 514-8865
                                          stephen.finn@usdoj.gov

SHELDON G. SHUFF
SUSAN E. SYMANSKI
Assistant District Counsel
US Army Corps of Engineers
Jacksonville District
701 San Marco Blvd
Jacksonville, FL 32207

Attorneys for the United States