IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PELLEGRINI *et al.*, | ) |
| | ) |
| Plaintiffs | ) No. 1:14-cv-00180-VJW |
| | ) |
| v. | ) Hon. Victor J. Wolski |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

COME NOW the Plaintiffs, Donald L. and Brenda Pellegrini, and Anne G. Ebel (sometime referred to herein collectively as "Plaintiffs"), by and through their undersigned counsel, and respectfully requests this Honorable Court to grant them a seventeen (17) day enlargement of time within which to file their Response to Defendant's Supplemental Brief [DE 23], and in support thereof, states as follows:

1. The Response to the Defendant's Supplemental Brief [DE 23] is currently due to be filed by March 06, 2015.

2. The undersigned counsel requests a seventeen (17) day enlargement of time from the date which the response is due.

3. The undersigned counsel requests an enlargement of time to March 23, 2015.

4. The Plaintiffs previously were granted a 21 day extension [DE 25] in which to respond to Defendant's Supplemental Brief.

5. The undersigned counsel has consulted with Stephen Finn, Counsel for Defendant, and is authorized to represent to this Court that he does not oppose this motion.

6. This motion is made in good faith and is not intended to delay.

WHEREFORE, the Plaintiffs respectfully requests that this Honorable Court grant a seventeen (17) day extension of time within which to file the Response to Defendant's Supplemental Brief [DE 23], up to and including **March 23, 2015**.

Dated: March 06, 2015
Jacksonville, Florida

>Respectfully submitted,
>
>SULLIVAN & COMPANY
>
>*/s/ G.J. Rod Sullivan, Jr.*
>G.J. Rod Sullivan, Jr.
>Florida Bar No. 356794
>8777 San Jose Boulevard, Suite 803
>Jacksonville, Florida 32217
>Tel:   (904) 355-6000
>Fax:   (904) 737-0920
>rsullivan@fcsl.edu

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 06, 2015, I electronically served a true and correct copy of the foregoing Unopposed Motion for Enlargement of Time by using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following counsel of record for Defendant:

Stephen Finn
Trial Attorney
Environmental & Natural Resources Division
PO Box 7611
Washington, DC 20044-7611

>*/s/ G.J. Rod Sullivan, Jr.*